# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Deborah A. Foster, | ) Civil Action No. 4:13-cv-2502 DCN |
| Plaintiff, | ) |
| vs. | ) **ORDER** |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

The above referenced Social Security case is before this court upon plaintiff's motion for attorney's fees. Plaintiff filed this petition on February 26, 2015. Defendant filed a response on February 26, 2015, stating that she does not object to an award in the amount of $3,873.83 in attorney's fees under the Equal Access to Justice Act ("EAJA").

**IT IS THEREFORE ORDERED** that the motion for attorney's fees is **GRANTED** in the amount of $3,873.83 in attorney's fees under EAJA.

**AND IT IS SO ORDERED**.

David C. Norton
United States District Judge

March 18, 2015
Charleston, South Carolina